# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN GLYNN,          Plaintiff | : : : | JURY TRIAL DEMANDED |
| v. | : : | |
| SHAMROCK COMMUNICATIONS, INC.          Defendant. | : : : | No.: 3:19-CV-1741 |

## **STIPULATION OF SETTLEMENT AND DISMISSAL**

It is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims filed by Plaintiff have settled and the case should be dismissed with prejudice. Each side to bear their own costs.

| | |
|---|---|
| /s/J. Timothy Hinton, Jr., Esq<br>J. Timothy Hinton, Jr., Esq.<br>Haggerty Hinton & Cosgrove LLP<br>203 Franklin Avenue<br>Scranton, PA 18503<br>(570) 344-9845<br>timhinton@haggertylaw.net<br>Attorney for Defendant,<br>Shamrock Communications, Inc. | /s/Richard P. Liebowitz, Esq.<br>Richard P. Liebowitz, Esq.<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>RL@LiebowitzLawFirm.com<br>Attorney for Plaintiff,<br>Bryan Glynn |